UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF GEORGIA

**William Rigsby**

Case No.: **4:22-cv-00059-HLM-WEJ**

Plaintiff/Petitioner

vs.

**Healthcare Revenue Recovery Group, Inc. d/b/a HRRG**

Defendant/Respondent

AFFIDAVIT OF SERVICE OF
**Summons; Complaint**

Received by **Donnie Briley**, on the **4th day of May, 2022 at 11:57 PM** to be served upon **Healthcare Revenue Recovery Group, Inc. dba HRRG c/o Corporation Service Company at 2 Sun Court Suite 400, Peachtree Corners, Gwinnett County, GA 30092**.

On the **5th day of May, 2022 at 2:20 PM**, I, Donnie Briley, SERVED Healthcare Revenue Recovery Group, Inc. dba HRRG c/o Corporation Service Company at **2 Sun Court Suite 400, Peachtree Corners, Gwinnett County, GA 30092** in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **Alisha Smith** , on behalf of said Corporation.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**I delivered the documents to Alisha Smith who indicated they were the process specialist with identity confirmed by subject saying yes when named. The individual accepted service in accordance with social distancing requirements (placed the documents in a clearly visible place at least six feet away from the subject and advised the subject to retrieve them after stepping away). The individual appeared to be a black-haired black female contact 35-45 years of age, 5'8"-5'10" tall and weighing 160-180 lbs.**

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: _____   n/a   5-10-2022
Donnie Briley                    Server ID #          Date

Notary Public: Subscribed and sworn before me on this _10th_ day of _May_ in the year of 20 _22_
Personally known to me __✓__ or _____ identified by the following document

_____
Notary Public (Legal Signature)

MIREYA N BUGARIN
MY COMMISSION EXPIRES
NOTARY
PUBLIC
OCTOBER 09, 2023
BARROW COUNTY, GEORGIA