FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Jun 29 2022

KEVIN P. WEIMER, Clerk

By: s/Kari Butler
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

WILLIAM RIGSBY,

    Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY GROUP, INC., *doing business as*, HRRG,

    Defendant.

CIVIL ACTION FILE

NO. 4:22-CV-00059-HLM-WEJ

## **SCHEDULING ORDER**

This case has been referred to the undersigned Magistrate Judge. As an initial matter, the undersigned observes that mediation could be successful here, given the parties' indication that there is a possibility of settlement. The Court offers the services of its Magistrate Judges to mediate cases at no cost. Should the parties desire to mediate, they may contact the chambers of the Honorable Russell G. Vineyard (404-215-1375), Chief United States Magistrate Judge.

Furthermore, all pretrial motions and proceedings, including discovery issues, shall be determined under this referral by the undersigned. This case is assigned to a four-month discovery track commencing **June 27, 2022**. N.D. Ga. R. 26.2(A), App. F. The filing of a motion for extension of time for doing an action

permitted or required by the Federal Rules of Civil Procedure or the Local Rules of this Court shall be filed **prior** to the deadline of the action. Absent **prior** leave granted by the Court on the basis of a timely filed motion, no party may file a brief in support or opposition of a motion that exceeds the page limitations set forth in Local Rule 7.1(D). **The parties are reminded to comply with the spacing and type requirements of Local Rules 5.1(B)-(C) and 7.1(D) in all filings with the Court to which these rules apply. Parties should note whether opposing counsel consents to any motion filed.**

Parties with discovery disputes are **DIRECTED** to contact the Chambers of the undersigned **BEFORE** filing any Motion. The Court prefers to handle such disputes via telephone conference where possible.

Upon review of the information contained in the parties' Joint Preliminary Report and Discovery Plan [10] (the "Report") filed on June 28, 2022, pursuant to Local Rule 16.2, it is

**ORDERED** that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as stated in the completed Report except as herein modified. It is further

**ORDERED** that motions under Local Rule 7.1(A)(2), including motions to amend pleadings, must be filed no later than **July 27, 2022.** It is further

**ORDERED** that the parties shall complete discovery **no later than October 24, 2022**. It is further

**ORDERED** that the parties shall file their motions for summary judgment **no later than November 23, 2022**, unless otherwise permitted by order of the Court. It is further

**ORDERED** that, if no motions for summary judgment are filed, the parties shall file a Consolidated Pretrial Order no later than **November 23, 2022**, **or within thirty days from a final ruling on any motion for summary judgment that is not dispositive of all claims advanced by the parties.** It is further

**ORDERED** that a trial date for this case shall be set following submission and approval of the Consolidated Pretrial Order.

**SO ORDERED**, this 29th day of June, 2022.

_____
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE