IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

Case No.: 4:22-cv-00059-HLM-WEJ

WILLIAM RIGSBY,

   PLAINTIFF,

V.

HEALTHCARE REVENUE
RECOVERY GROUP, LLC,

   DEFENDANTS.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, William Rigsby, and Defendant, Healthcare Revenue Recovery Group, LLC. ("the Parties"), by and through their respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Dismissal with Prejudice of the above-styled action. Plaintiff and Defendant shall each bear their own attorneys' fees and costs.

DATED: September 30, 2022

| | |
|---|---|
| */s/ Matthew T. Berry* | */s/ Ernest H. Kohlmyer, III* |
| Matthew T. Berry, Esq. | Ernest H. Kohlmyer, III, Esquire |
| Georgia Bar No. 055663 | Georgia Bar No.: 427760 |
| matt@mattberry.com | Skohlmyer@shepardfirm.com |
| Berry & Associates | service@shepardfirm.com |
| 2751 Buford Highway | Shepard, Smith, Kohlmyer & Hand, P.A. |

| | |
|---|---|
| Ste. 600 | 2300 Maitland Center Parkway, Suite 100 |
| Atlanta, GA 30324 | Maitland, Florida 32751 |
| *Attorney for Plaintiff* | Telephone (407) 622-1772 |
| | Facsimile (407) 622-1884 |
| | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **September 30, 2022**, with the Clerk of the Court by using the electronic filing system. I further certify that the foregoing has been sent via electronic transmission to the following: Matthew T. Berry, Esq., at matt@mattberry.com.

/s/ Ernest H. Kohlmyer, III
Ernest H. Kohlmyer, III, Esquire
Georgia Bar No.: 427760
skohlmyer@shepardfirm.com
service@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Telephone (407) 622-1772
Facsimile (407) 622-1884
*Attorneys for Defendant*